## NEFF ET AL. *v.* RICHARDSON.

PRACTICE.—*Appeal.—Notice to Co-defendant.—*Where two of three defendants appeal to the Supreme Court without notice of their appeal to their co-defendant, the appeal will be dismissed on motion.

APPEAL from the Montgomery Common Pleas.

BUSKIRK, J.—The appellee sued William H. Neff, Lyman Harrington, and John Neff. The defendants were all served with process. William H. Neff was defaulted. The other defendants appeared and answered in bar of the action. There was issue, trial, verdict for plaintiff, and judgment on verdict. Lyman Harrington and John Neff alone moved for a new trial, alone prayed an appeal, alone executed the appeal bond, and alone prosecute this appeal. There has been no notice served on William H. Neff of this appeal, as is imperatively required by section 551, of the code, 2 G. & H. 270.

The appellee insists that the appeal shall be dismissed.

We have no discretion. The statute is plain and positive. The appeal must be dismissed.

The appeal is dismissed, at the costs of the appellants.

*J. M. Butler,* for appellants.

*T. Patterson,* for appellee.